IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE CARABALLO | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES PAROLE COMMISSION | : | No. 06-1798 |

**ORDER**

AND NOW, this 13 day of Sept, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2241 is GRANTED and the matter is REMANDED to the Parole Commission for further proceedings.

3. The United States Parole Commission shall recalculate Petitioner's parole in accordance with <u>Fowler</u> within sixty (60) days of the date of this ORDER.

4. If the Parole Commission determines that it does not wish to impose a term of traditional parole then Petitioner must be released from custody.

BY THE COURT:

_____
BERLE M. SCHILLER, J.